Ryan J. Lukson
Benton County Prosecuting Attorney's Office
7122 W. Okanogan Place Bldg. A
Kennewick, WA 99336
Phone: 509.735.3591

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO AGUILAR-LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>BENTON COUNTY SHERIFF'S OFFICE, KENNEWICK POLICE DEPARTMENT, BENTON COUNTY K-9 DEPUTY E. REINING, BENTON COUNTY PATROL CORPORAL STEPHEN L. CAUGHEY, and KENNEWICK CITY POLICE DETECTIVE RANDY MCCALMANT,<br><br>    Defendants. | NO. CV-12-5016-LRS<br><br>**ORDER TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AGAINST THE BENTON COUNTY SHERIFF'S OFFICE UNDER FED. R. CIV. P. 12(b)(6)** |

THIS MATTER came on regularly before the Court on the Benton County Sheriff's Office Motion to Dismiss Plaintiff's First Amended Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. No response has been filed by Plaintiff despite service on August 7, 2012.

ORDER TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT AGAINST THE
BENTON COUNTY SHERIFF'S OFFICE - 1

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591

The Court has considered the Benton County Sheriff's Office Motion to Dismiss Plaintiff's First Amended Complaint under Fed. R. Civ. P. 12(b)(6) and Memorandum of Law in support thereof.  The Court, being fully advised, hereby:

GRANTS the Benton County Sheriff's Office Motion, ECF No. 38, and ORDERS Plaintiff's claims against the Defendant Benton County Sheriff's Office be dismissed with prejudice for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

DATED this 27th day of September,  2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

PRESENTED BY:

ANDY MILLER
Prosecuting Attorney


By\_\_\_s/Ryan J. Lukson_____
RYAN J. LUKSON, Deputy
Prosecuting Attorney, Civil
WSBA #43377
Attorney for Benton County Defendant

ORDER TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT AGAINST THE
BENTON COUNTY SHERIFF'S OFFICE - 2

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591