AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ANTONIO AGUILAR LOPEZ,

Plaintiff,

v.

BENTON COUNTY SHERIFF'S OFFICE, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5016-LRS

☐   **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒   **Decision by Court. This action came to**   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Kennewick Police Department and Benton County Sheriff's Office with prejudice pursuant to the Order to Dismiss Plaintiff's First Amended Complaint Against the Benton County Sheriff's Office Under Fed.R.Civ.P. 12(b)(6) entered on September 27, 2012, ECF No. 41, and the Order Granting Defendant Kennewick Police Department's Motion to Dismiss entered on November 29, 2012, ECF No. 49.

11/29/2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas