UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO AGUILAR-LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>BENTON COUNTY SHERIFF'S OFFICE, KENNEWICK POLICE DEPARTMENT, BENTON COUNTY K-9 DEPUTY E. REINING, BENTON COUNTY PATROL CORPORAL STEPHEN L. CAUGHEY, and KENNEWICK CITY POLICE DETECTIVE RANDY MCCALMANT,<br><br>Defendants. | NO. CV-12-5016-LRS<br><br>**ORDER ON DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 4(m)** |

THIS MATTER came on regularly before the Court on Defendants Arin Reining and Stephen Caughey's Motion to Dismiss under Fed. R. Civ. P. 4(m), ECF No. 55.

The Court has considered Defendants' Unopposed Motion to Dismiss under Fed. R. Civ. 4(m) and being fully advised, hereby:

ORDER ON DEFENDANTS' MOTION
TO DISMISS UNDER FED. R. CIV. P. 4(m) - 1

1    GRANTS Defendants' Reining's and Caughey's Motion (ECF No. 55) and
ORDERS Plaintiff's claims against these Defendants' be dismissed without
prejudice.  Plaintiff has not responded or otherwise shown good cause for the
failure to effect timely service.

IT IS SO ORDERED.  The District Court Executive is directed to enter this
Order, enter judgment consistent with this order and forward a copy to the pro se
Plaintiff.

DATED this 30th  day of April , 2013.


*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER ON DEFENDANTS' MOTION
TO DISMISS UNDER FED. R. CIV. P. 4(m) - 2