AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANTONIO AGUILAR-LOPEZ,

                Plaintiff,

VS.

BENTON COUNTY SHERIFF'S OFFICE; KENNEWICK POLICE DEPT.; BENTON COUNTY K-9 DEPUTY E. REINING; BENTON COUNTY PATROL CORPORAL STEPHEN L. CAUGHEY; and KENNEWICKJ CITY POLICE DETECTIVE RANDY MCCALMANT,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5016-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants Arin Reining and Stephen Caughey's Unopposed Motion to Dismiss is granted and Plaintiff's claims against these Defendants are dismissed without prejudice.

April 30, 2013
*Date*

SEAN F. McAVOY
*Clerk*

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson