AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ANTONIO AGUILAR-LOPEZ,

                       Plaintiff,

             v.

BENTON COUNTY, et al.,

                       Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5016-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant Randy McCalmant's Motion to Dismiss is granted and Plaintiff's claims against Defendant McCalmant are dismissed without prejudice. Judgment is entered in favor of Defendant Randy McCalmant.

May 1, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson